Holly Pranger (SB#215270)
Scott Lonardo (SB#285001)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Telephone:     (415) 885-9800
Facsimile:      (415) 944-1110
hpranger@prangerlaw.com
slonardo@prangerlaw.com

Attorneys for Plaintiff Expanse, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPANSE, INC., a Delaware Corporation, | Case No. 3:19-cv-07622-EMC |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| VISASSET LTD., a UK Private Limited Company, | |
| Defendant. | |

Plaintiff Expanse, Inc. ("Expanse") and Defendant Visasset Ltd. ("Visasset") (collectively, the "Parties") submitted a Stipulated Conditional Dismissal on April 9, 2020, conditionally dismissing this action with prejudice upon the finalization of activities required by the Parties' confidential settlement agreement.  *See* Dkt. 21.  On April 13, 2020, the Court granted the Parties' Stipulated Conditional Dismissal, ordered the parties to submit a Joint Case Management Statement by December 16, 2020, and set an Initial Case Management Conference for December 23, 2020.  *See* Dkt. 22.

The Parties have now completed the activities required for dismissal of this lawsuit.  Accordingly, NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Expanse dismisses the above-captioned action against Visasset with prejudice.

Dated:  December 3, 2020          By: /s/*Scott Lonardo*
                                  Holly Pranger
                                  Scott Lonardo
                                  PRANGER LAW PC

                                  Attorneys for Plaintiff,
                                  EXPANSE, INC.



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA